AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

|  |  |
|---|---|
| United States of America | ) |
| | ) |
| v. | )   Case No.  12-M- *126* |
| | ) |
| JAMES S. ALLEN | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about June 24, 2012, to on or about August 14, 2012, in the Western District of New York, and elsewhere, the defendant did:

(1)    with the intent to harass and cause substantial emotional distress to Victims 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10, use an interactive computer service and facility of interstate commerce to engage in a course of conduct that caused substantial emotional distress to said victims, who were at that time in another State, to wit, New York;

(2)    knowingly and with intent to defraud, traffic in a password and similar information through which a computer may be accessed without authorization, and such trafficking affected interstate and foreign commerce; and

(3)    make telephone calls and utilize a telecommunications device in interstate and foreign communications, without disclosing his identity and with intent to annoy, abuse, threaten, and harass a person at the called number and who received the communications.

all in violation of Title 18, United States Code, Sections 2261A(2)(A) [cyberstalking] and 1030(a)(6) [trafficking in computer passwords], and Title 47, United States Code, Section 223(a)(1)(C) [harassing telephone calls]

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑   Continued on the attached sheet.

_____
*Complainant's signature*

Brian Seymour, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   September 12, 2012

_____
*Judge's signature*

City and State:   Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR., USMJ
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brian Seymour, being duly sworn, depose and say:

1.     I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since September of 2007. I am currently assigned to the Buffalo Division of the FBI. In my employment as an FBI SA, I have investigated various types of Federal criminal violations, including but not limited to computer crimes, sexual exploitation of children, and child pornography matters.

2.     I make this affidavit in support of a criminal complaint charging JAMES S. ALLEN with violating Title 18, United States Code, Sections 2261A(2)(A) [cyberstalking] and 1030(a)(6) [trafficking in computer passwords], and Title 47, United States Code, Section 223(a)(1)(C) [harassing telephone calls].

3.     The statements contained in this affidavit are based on my involvement in this investigation, as well as information provided to me by other law enforcement officers in this investigation, and upon my training and experience as a Special

Agent of the Buffalo FBI.   Because this affidavit is being submitted for the limited purpose of seeking a criminal complaint, I have not included each and every fact known too me concerning this investigation.

4.   As will be detailed below, the investigation to date has shown probable cause to believe that JAMES SHAUNDRE ALLEN, residing in New Baltimore, MI, has harassed and accessed without authorization the online accounts of numerous female victims ranging in age between 14- and 19-years-old, in the Buffalo area.   The investigation has revealed that ALLEN utilized an internet phishing webpage to capture and traffic the e-mail address and passwords for these victims, and then utilized the internet and telecommunications services to send harassing communications to the victims and thereby engaged in a course of conduct that caused the victims substantial emotional distress.

5.   During the course of the current investigation, historical information concerning ALLEN was obtained, which bear on the conduct described in this affidavit, and includes the following:

> a. On April 20, 2007, subsequent to a Michigan State University Police investigation, ALLEN plead guilty to

2

a stalking charge under Michigan law and was sentenced to pay a fine of $2,595 and serve 60 months probation (with and end date of April 20, 2012). During the investigation, ALLEN admitted to sending threatening communications to a female over the internet in an effort to coerce her to commit sexual acts. Specifically, ALLEN told the female that he would release sexually explicit photos of the female to her family and friends unless she performed sexual acts in front of a web camera while ALLEN was watching. In one of the communications, ALLEN told the female the following: "Did you know that your PC stores everything you do including when you use your cam or take pics? Even what you think you delete?"

b. From December of 2009 to March of 2010, the Las Vegas Division of the FBI interviewed several adult females who reported that they were contacted by an unknown individual over the internet who claimed to possess naked photos of the women. Some of the women claim they were instructed by the unknown individual to log onto a website designed to appear like a Flickr photo sharing website and input their e-mail address and password on the website (the FBI investigation determined that the Flickr website was a phishing website that was designed to forward any information inputted to a separate e-mail address). After this, the women were then contacted by the unknown individual via the internet and telephone and instructed to connect with a specific user on Skype and remove their clothes. During the investigation, it was determined that the unknown individual used the following internet accounts and IP addresses to contact the women: notimeouts@gmail.com; lockupraw@gmail.com; Skype user "shhh.shhh," and IP address 68.41.59.63 (which was registered to ALLEN's mother during the relevant time period).

      c. Between September of 2009 and March of 2010, the Internet Crime Complaint Center website (available at www.ic3.gov) received four complaints from individuals who reported that they were contacted by an unknown individual over the internet who claimed to possess naked photos of them.   The unknown individual threatened to distribute the photos, and instructed some of the complainants to engage in video chat over Skype.    The complainants reported the following internet accounts and IP addresses of the unknown individual: notimeouts@gmail.com; lockupraw@gmail.com; Skype user "shhh.shhh," and IP address 68.41.59.63.

    6.    On 06/26/2012, SA Ankit Patel, with the FBI Buffalo Field Office, received a call from Lieutenant Charles Gramaglia of the Village of Kenmore, New York, Police Department concerning reports from three minor females in Kenmore with similar allegations.  All three of the reports stated that the minor females were receiving text messages from an unknown individual from telephone number 321-282-3802, threatening to send out naked pictures of the females.  On that same day, SA Patel met with Lt. Gramaglia and received copies of the police reports.   Subsequent to that date, SA Patel received further reports of similar incidents from Lt. Gramaglia.

    7.    On August 2, 2012, SA Patel met with a 14-year-old female residing in Tonawanda, NY (hereinafter "Victim 1").

Victim 1 stated that in or about June of 2012, she received a text message from an unknown individual, from telephone number 818-672-5582, which stated something to the effect of "it is time to embarrass you." The unknown individual texted Victim 1 that he possessed nude pictures of her and that if she did not Skype chat with him, he was going distribute the nude pictures on the internet. The unknown individual sent Victim 1 a link to a website to view the pictures that he had of her, but according to Victim 1, she did not click on the link. Victim 1 reported that she received further texts from the unknown individual that showed he knew who Victim 1 was talking to on Facebook at a certain time. A couple days later, Victim 1 received text messages from the unknown individual from telephone number 321-282-3802, stating that he was going to send pictures of Victim 1 to her mother and grandmother, and included her mother's cell number and grandmother's e-mail in the message. Victim 1 reported that she was terrified as she did not know how the individual could have acquired her mother's cell number or her grandmother's e-mail. Shortly afterwards, Victim 1 learned that her Facebook account and Yahoo e-mail account were hacked and that her Facebook account was being used to send out phony messages to other females on Facebook stating that nude pictures

5

of them were on the internet.   Victim 1 indicated that she was
upset about losing access to her accounts and having someone
pretending to be her to trick other girls.

8.   On August 10, 2012, SA Patel received the return of an
administrative subpoena issued to Facebook for Victim 1's
Facebook account, which indicates multiple logins on June 20,
2012 from the IP address 68.62.36.243.

9.   On August 13, 2012, SA Patel received the return of an
administrative subpoena issued to Yahoo for Victim 1's Yahoo e-
mail address, which revealed a secondary account of
notimesouts@gmail.com and IP accesses from 68.62.36.243 on June
18, June 20, and June 24, 2012.

10.   On July 11, 2012, SA Patel received the return of an
administrative subpoena issued for the telephone number 818-672-
5582, which indicates that the number is a textPlus number
registered on April 26, 2012 and last used on June 23, 2012,
associated with email address notimeouts@gmail.com, and was used
only by IP address 68.62.36.243.

6

11.  On July 12, 2012, SA Patel received the return of an administrative subpoena issued for the telephone number 321-282-3802, which indicates that the number is a textPlus number registered on June 22, 2012, used through June 29, 2012, associated with email address lockupraw@gmail.com, and was used by multiple IP addresses, including 68.62.36.243.

12.  On August 24, 2012, SA Patel received the return of an administrative subpoena issued to Google for e-mail account notimeouts@gmail.com, which shows numerous secondary accounts including lockupraw@gmail.com and dfoter1@gmail.com.  IP login data provided by Google for the account shows a login on July 20, 2012 from IP address 68.62.36.243.  In addition, the IP login data shows numerous logins to the account between July 24, 2012 and August 12, 2012 from IP address 98.224.210.253.

13.  During the course of the investigation, SA Patel learned that Comcast held the registration on IP addresses 68.62.36.243 and 98.224.210.253.

14.  During the course of the investigation, SA Patel issued several administrative subpoenas seeking information

7

relating to IP addresses 68.62.36.243 and 98.224.210.253. The results of those subpoenas are as follows:

    a. On July 13, 2012, SA Patel received the return of an administrative subpoena issued to Comcast for IP address 68.62.36.243, which indicated that from July 1, 2012 to July 12, 2012, the IP address was registered to James Allen, 58832 Chennault Dr., New Haven, MI, with account number 0950764906004.

    b. On August 16, 2012, SA Patel received the return of an administrative subpoena issued to Comcast for account 0950764906004, which indicated that the account number was registered to James ALLEN from March 15, 2012 to July 22, 2012 at 58832 Chennault Drive, MI. The subpoena return additionally noted a second account number for James ALLEN, 0950770606207, active from July 24, 2012 to the present at the 51292 NORTH VILLAGE ROAD, APARTMENT 205, NEW BALTIMORE, MI.

    c. On August 27, 2012, SA Patel received the return of an administrative subpoena issued to Comcast for accounts 0950764906004 and 0950770606207, which indicated that for the period of March 16, 2012 to July 25, 2012, the IP address 68.62.36.243 was assigned to James ALLEN at 58832 Chennault Drive, New Haven, Michigan 48048; and that for the period of July 24, 2012 to August 20, 2012, the IP address 98.224.210.253 was assigned to James ALLEN at the 51292 NORTH VILLAGE ROAD, APARTMENT 205, NEW BALTIMORE, MI.

15. On July 31, 2012, SA Patel met with a 14-year-old female residing in Kenmore, NY (hereinafter "Victim 2"). During the interview, Victim 2 stated that in June of 2012, she received a message on Facebook from Victim 1's Facebook account (believed to have been under the control of ALLEN at the time),

stating there were nude pictures of Victim 2 on the internet and a link to "TinyPic" to view the pictures.   Shortly after receiving this message, on June 28, 2012, a Skype user with the username "shhh.shhh" and a blank display name, engaged in a text and video chat with Victim 2 on Skype.   During SA Patel's investigation, he was given consent to search Victim 2's computer, and located a folder on the hard drive containing transcripts of Victim 2's Skype chats.   A portion of the Skype chat from June 28, 2012, which lasted from 7:24 p.m. to 11:01 p.m., is reproduced below:

```
shhh.shhh    How can I help you [Victim 2]?
[Victim 2]   call me
shhh.shhh    No need to call you but let me tell you something quick.
[Victim 2]   ummmm
[Victim 2]   ok?
shhh.shhh    Are you aware that your computer stores everything you do,
             including when you use your cam or takes pics....... even
             what you think it deleted? How about I send to everyone
             within 300 miles of you... sound good?
[Victim 2]   wtf
[Victim 2]   who are u
[Victim 2]   and why are u sending my pictures to ppl
shhh.shhh    Want me to send to family and friends next? I can easily
[Victim 2]   lmaoo what!!!
[Victim 2]   do u even kno me?
[Victim 2]   and what pictures u got cus i never send any pictures to
             ppl
shhh.shhh    You've shown plenty and since you think it is a joke then
             watch and learn.
[Victim 2]   ur crazy
[Victim 2]   like i said..
[Victim 2]   do u even kno me?
shhh.shhh    I suggest losing the attitude because you have no idea what
             I can do
[Victim 2]   DO U KNO ME????
shhh.shhh    I don't need to know you to go through your shit.
[Victim 2]   why are u even doing this
```

| | |
|---|---|
| shhh.shhh | Want me to send more, should I use your Yahoo []@yahoo.com, Hotmail []@hotmail.com or your Facebook... or do you want to avoid embarrassment? |
| [Victim 2] | obviously avoid |
| [Victim 2] | i just dont get why ur doing this |
| shhh.shhh | We will discuss it when you are alone or not at all. |
| [Victim 2] | i am alone.. |
| shhh.shhh | I hate liars, show me and then we discuss you not being ruined. |

. . .

| | |
|---|---|
| shhh.shhh | You have about 5 seconds to show me you are alone before I really start sending a lot more |
| [Victim 2] | if i show u im alone what does that prove? |
| [Victim 2] | i dont get this |
| shhh.shhh | I discuss not ruining you |
| shhh.shhh | But |
| shhh.shhh | Since you think it is a joke |
| shhh.shhh | Then let's see what all of Western New York thinks about it |
| [Victim 2] | obvs its not a joke if ur sending ppl my pics |
| [Victim 2] | call me |

. . .

| | |
|---|---|
| shhh.shhh | When you show me you are alone we will discuss it |
| shhh.shhh | Or it can be tits and ass all over Western New York |
| shhh.shhh | If you want |
| [Victim 2] | how do i show u im alone just move the camera around.. |

. . .

| | |
|---|---|
| shhh.shhh | Now tell me why I should not send more |
| [Victim 2] | wait do i know you |
| shhh.shhh | Haha you are not alone |
| [Victim 2] | thats my mom |
| [Victim 2] | im alone in my room |
| shhh.shhh | Yes she was just in there |
| [Victim 2] | and she left? |
| [Victim 2] | she came in to put something in here and she left |
| [Victim 2] | so what? |
| shhh.shhh | Let me see if she knows about the pics then |
| [Victim 2] | huhhh?! |
| shhh.shhh | If I send then to her then what will she say |
| [Victim 2] | idk ? |
| [Victim 2] | wtf |
| [Victim 2] | why would u send them to my mom |
| shhh.shhh | So that you don't try me again and lie again |
| [Victim 2] | i dont get what ur doing |
| [Victim 2] | w.e |
| shhh.shhh | You might want to lose the attitude |
| shhh.shhh | Right now I only sent to a few people |

10

. . .

| | |
|---|---|
| shhh.shhh | I can have your tits and ass all over Western New York in 15 minutes |
| shhh.shhh | So are you done with it? |
| shhh.shhh | Is that what you want |
| shhh.shhh | Fine with me |
| [Victim 2] | i never sent any pictures to ppl so how did u even get them |
| [Victim 2] | makes no sense |
| shhh.shhh | I hack |
| [Victim 2] | i never had any on my computer either? |
| shhh.shhh | I can get anything and you have shown plenty |
| shhh.shhh | Be right back sense you want me to send |
| shhh.shhh | Then you tell me |
| [Victim 2] | send one to me then |
| [Victim 2] | and ill believe u |
| shhh.shhh | Haha I don't give a shit what you believe but I will send you an old link |
| [Victim 2] | alright |
| shhh.shhh | I blocked it from you for a while because I knew someone would show you |
| shhh.shhh | Go back on |
| shhh.shhh | http://tinypic.ooooooo.x10.mx/ is the one from earlier |
| shhh.shhh | And no [] will not work so give it up, I changed it |
| [Victim 2] | im not seeving anything |
| shhh.shhh | When you sign in you will since it is a joke |
| shhh.shhh | While you are looking I will start sending |
| shhh.shhh | Since you don't believe me |
| [Victim 2] | whats the email and password |
| [Victim 2] | i dont have a tinypic.. |
| shhh.shhh | You don't need one you just need a real email |
| [Victim 2] | it says email and password |
| shhh.shhh | Mean while I am on your Facebook sending until you decide you want me to stop |
| [Victim 2] | yea i want u to stop! |
| shhh.shhh | You just said you don't believe me |
| shhh.shhh | I a going to make you believe me eventually |
| [Victim 2] | I DO BELIEVE U OBVIOUSL |
| shhh.shhh | Not what you said a few minutes ago |
| [Victim 2] | PLEASE JUST STOP |
| [Victim 2] | what did i ever do to u?!!?!? |
| shhh.shhh | Now then lose the attitude |
| [Victim 2] | i dont have one i just want u to stop! |
| shhh.shhh | Now we can do this my way and it will stay private and nothing else gets sent |
| shhh.shhh | Or I can send to family and friends next |

. . .

| | |
|---|---|
| shhh.shhh | You are going to do things my way or 10,000 more go out now |
| [Victim 2] | k.... |
| [Victim 2] | i want to see this picture first.. |
| shhh.shhh | Hmmmm I thought you would learn from the last time. |

11

| | |
|---|---|
| [Victim 2] | what u mean |
| shhh.shhh | Okay 500 links send then you tell me that you get what you want first |
| shhh.shhh | Since I said do it my way |
| [Victim 2] | im just saying i wanna see the picture thats all.. |
| shhh.shhh | I gave you the link |
| [Victim 2] | its not working! |
| shhh.shhh | Do it my way or get embarrassed |
| [Victim 2] | why cant u send me on fb like everyone else |
| shhh.shhh | I send from your account |
| shhh.shhh | Want me to get it deleted |
| [Victim 2] | so u can send messages to urself too |
| [Victim 2] | ok |
| shhh.shhh | I will have admin delete you for sending them |
| shhh.shhh | One second |
| [Victim 2] | dont delete my fb pleasee.. |

. . .

| | |
|---|---|
| [Victim 2] | what did i do to u for u to start sending them?! |
| shhh.shhh | You do have great tits |

. . .

| | |
|---|---|
| [Victim 2] | how old are you |
| shhh.shhh | 17 why does it matter |

. . .

| | |
|---|---|
| shhh.shhh | Sit up more |
| shhh.shhh | You can do what I say and it stays private, or get embarrassed |
| shhh.shhh | Up to you |
| [Victim 2] | i dont understand why ur doing this |
| [Victim 2] | there i sat up more.. |
| shhh.shhh | Up to you, want to do what I tell you or not is the question |
| [Victim 2] | can u answer my question? |
| shhh.shhh | After you decide if we make a deal or not |
| [Victim 2] | whats this deal.. |
| [Victim 2] | really? |
| shhh.shhh | That and then sending to everyone you know |
| shhh.shhh | That might do it |
| shhh.shhh | I didn't say I was |
| shhh.shhh | Relax |
| shhh.shhh | I said it would convince you |
| shhh.shhh | Since you are reading to someone else |
| [Victim 2] | what are u talking about |
| shhh.shhh | why are you talking out loud if no one is there |
| [Victim 2] | oh u cant hear me? |
| shhh.shhh | I muted your mic |

. . .

```
shhh.shhh    You only have a little to do
[Victim 2]   go on../
shhh.shhh    Or I can send the oovoo convos too
shhh.shhh    Those are good
shhh.shhh    Shall I
[Victim 2]   no
shhh.shhh    This stays between us

...

shhh.shhh    Tits and ass
[Victim 2]   lol whaaaat
shhh.shhh    Tits and ass
[Victim 2]   lmao thats there name?
[Victim 2]   im confused
[Victim 2]   your good at this..:P
shhh.shhh    No that is what you showed, well some of it
[Victim 2]   on oovoo? i never did that
shhh.shhh    No the convo
[Victim 2]   how could i show my tits and ass in a conversation
shhh.shhh    Then you showed it

...

shhh.shhh    Tits higher
[Victim 2]   im tryna be nice here
shhh.shhh    Cam a little lower
shhh.shhh    relax, be good and nothing happens
shhh.shhh    got it
shhh.shhh    you are sexy
shhh.shhh    I give you that
[Victim 2]   lol thankssssssssssssssss
shhh.shhh    tits closer
shhh.shhh    get them up there
[Victim 2]   i wanna see who u are
[Victim 2]   and i will
[Victim 2]   lol i feel weird
[Victim 2]   doing thisss
shhh.shhh    you were almost free
[Victim 2]   im just saying dude..
shhh.shhh    go ahead, this or millions

...

shhh.shhh    get them up in the cam
[Victim 2]   u takin pictures?
shhh.shhh    no, no need
shhh.shhh    squeeze
shhh.shhh    no grab and squeeze
shhh.shhh    be good

...
```

13

shhh.shhh    hands under the top and squeeze
shhh.shhh    slide them under the top, right now I stopped
shhh.shhh    I can start again

...

shhh.shhh    no inside
shhh.shhh    squeeze them
shhh.shhh    keep going, you can relax and keep it private or don't
[Victim 2]   i am relaxed
shhh.shhh    pull just one over the top

...

shhh.shhh    don't stop again
shhh.shhh    pull one over the top
shhh.shhh    all the way, one button and bye bye facebook
shhh.shhh    No babe, take it out. The faster and better you cooperate,
             the nicer I will be

...

shhh.shhh    Once I send
shhh.shhh    I can't undo it
shhh.shhh    Move closer
shhh.shhh    tits up
shhh.shhh    relax
shhh.shhh    I will not hurt you
shhh.shhh    I promise

...

shhh.shhh    okay closer
shhh.shhh    get them up more
shhh.shhh    take one out
shhh.shhh    all the way, just be good

...

shhh.shhh    I will stop if you start doing what I say
shhh.shhh    I am done asking
shhh.shhh    I have asked too many times
[Victim 2]   who knows what ur gunna ask next..
shhh.shhh    take it out
shhh.shhh    Okay bye
[Victim 2]   bye:(
shhh.shhh    we will see what happens
shhh.shhh    Your own fault
[Victim 2]   ok..
shhh.shhh    It would have ended
shhh.shhh    I hate liars
[Victim 2]   no it wouldnt of u wouldve kept asking me for stuff

14

```
shhh.shhh   Now it will be a lot worse

. . .

shhh.shhh   If you had a phone I would text you something that would
            make you wish you had ended uit
shhh.shhh   it
[Victim 2]  lol how u kno i dont have a phone
shhh.shhh   You seriously think it is a joke
shhh.shhh   Okay

. . .

shhh.shhh   I am not going to waste time
[Victim 2]  Oook
shhh.shhh   Does it stop or not
[Victim 2]  Please
shhh.shhh   take off that top for me
[Victim 2]  I see thats why u wanted me to callll u
shhh.shhh   be good or I can be a dick
shhh.shhh   It stays between us
shhh.shhh   make it hard
[Victim 2]  How am i suppose to do tht
shhh.shhh   you know how to make it hard
[Victim 2]  im not like tht tho
[Victim 2]  only if ik u
shhh.shhh   be good, it ends and I keep anyone else out
shhh.shhh   lower the cam
shhh.shhh   no more typing
[Victim 2]  my moms takin my laptop
[Victim 2]  but ook
shhh.shhh   so hurry
shhh.shhh   unzip it
shhh.shhh   do this quick to buy some time
[Victim 2]  shes buggggin ..
[Victim 2]  tomorrow
shhh.shhh   get them out quick until you have more time
[Victim 2]  huh ..
[Victim 2]  dude my momss buggin right now
shhh.shhh   buy time until tomorrow
[Victim 2]  idk what ur talking about
shhh.shhh   just take them out fast
[Victim 2]  i gtg bye
shhh.shhh   lift it up

. . .
```

16.  Following their initial Skype conversation, Victim 2
and user "shhh.shhh" engaged in another Skype conversation on

15

July 1, 2012 in which "shhh.shhh" again attempts to coerce Victim 2 to show him her breasts via web camera by threatening to release naked pictures of Victim 2

17. On July 20, 2012, SA Patel received the return of an administrative subpoena issued for the Skype username "shhh.shhh", which indicates that the account is associated with the e-mail address notimeouts@gmail.com. Skype has yet to provide IP logs for the account.

18. On August 3, 2012, SA Patel received the return of an administrative subpoena for the website http://tinypic.ooooooo.x10.mx/ (referenced by "shhh.shhh" in the Skype chat with Victim 2), which indicates that it was created on April 20, 2012, is associated with the e-mail address dfoter1@gmail.com, and was accessed by IP address 68.62.36.243 between June 26, 2012 and July 10, 2012.

19. On July 31, 2012, SA Patel met with a 15-year-old female residing in Kenmore, NY (hereinafter "Victim 3"). During the interview, Victim 3 stated that in or about early July of 2012, her cousin, Victim 2, was over at her house and asked Victim 3 to login to a specific photo sharing website. Victim 3

16

entered her AOL e-mail account and her password into the
website, however, once they logged in, they were brought to a
random Photobucket site.    Shortly after inputting her e-mail
address and password in this website, Victim 3 reported that she
attempted to login to her Twitter account but received an error.
When Victim 3 checked her AOL account, she saw an e-mail from
someone purporting to be from Twitter, which stated that she
needed to video chat with a user on Skype in order to get her
Twitter password back.    Victim 3 stated that she did engage in a
Skype video chat with a specific Skype user, however, she could
not remember the name of the Skype account she contacted.
Victim 3 reported that during her video chat, she attempted to
determine the identity of the individual, but was unsuccessful
and ended the chat session.

20.    On August 13, 2012, SA Patel received the return of an
administrative subpoena issued for Victim 3's AOL account, which
shows accesses to the account from IP address 68.62.36.243
between June 29, 2012 and July 16, 2012.

21.    On August 21, 2012, SA Patel received the return of an
administrative subpoena issued for Victim 3's Twitter account,

which shows the account was updated on July 2, 2012 and the only IP to access the account between July 2, 2012 and July 20, 2012 was IP address 68.62.36.243.   In addition, the subpoena return shows that the majority of logins to the account between July 28, 2012 and August 13, 2012 were from IP address 98.224.210.253.

22.   On July 5, 2012 and July 31, 2012, SA Patel met with a 14-year-old female residing in Kenmore, NY (hereinafter "Victim 4").   During the interview, Victim 4 stated that on July 1, 2012, she received several messages on Facebook from Victim 1's Facebook account (believed to have been under the control of ALLEN at the time), stating that there were nude pictures of Victim 4 online and to view them she would have to go to http://tinypic.oooooooo.x10.mx/.   Victim 4 reported that she clicked on the link, entered her e-mail address and password, and then hit "Sign in" which took her to a random PhotoBucket page.   After attempting to sign into this website, Victim 4 reported that she received seven text messages between 6:35 p.m. and 7:32 p.m. from an unknown individual using telephone number 818-306-4422.   The text messages stated that the individual was going to send nude pictures of Victim 4 to all of her friends

18

and family.   Victim 4 asked the individual to stop sending her text messages, however, the individual refused.   Victim 4 reported that after receiving these text messages, she was scarred and afraid that the individual might harm her.   Victim 4 further stated that on July 28, 2012, she received a message on Twitter from Victim 3's Twitter account (believed to have been under the control of ALLEN at the time), with a link to http://tinypic.oooooo.3owl.com/.

23.   On July 11, 2012, SA Patel received the return of an administrative subpoena issued for the telephone number 818-306-4422, which indicates that the number is a textPlus number registered on June 22, 2012 and last used on July 8, 2012, associated with email address lockupraw@gmail.com, and was used only by IP address 68.62.36.243.

24.   On August 3, 2012, SA Patel received the return of an administrative subpoena issued for the website http://tinypic.oooooo.3owl.com/, which indicated that the site was created on July 18, 2012, is associated with the e-mail address notimeouts@gmail.com, and was accessed by IP address 68.62.36.243.

Twitter messages Victim 5 received from ALLEN are included below:

| | |
|---|---|
| ALLEN | someone is sending your pics around |
| Victim 5 | Whaaaaaat lol text me [] |
| ALLEN | my phone is off but yeah someone sent a link to pics of you so I thought I should tell you |
| Victim 5 | Omg can you send me the link? Is it like just pictures of me or like naked |
| ALLEN | naked but who would have those |
| ALLEN | tinypic.oooooo.3owl.com |
| Victim 5 | Damnit I can't go into that link. But I have no idea I never send any so that's weird ! Thanks so much though That's really |
| Victim 5 | Weird |
| ALLEN | you have to log in then they are there |
| ALLEN | yeah it looked like you were on webcam |
| ALLEN | are you home? try from a computer |
| Victim 5 | That's really weird and I'm At work!!:( I will when I get home at 3... I'll let you know thanks so much girl |
| ALLEN | kk let me know |
| Victim 5 | Of course :) |
| Victim 5 | How do I find it on that site ? What's it under |
| ALLEN | when you log in there is an album that says your name |
| Victim 5 | [Victim 5] !??? |
| ALLEN | yeah you have to log in |
| Victim 5 | That link takes me to Photobucket ? Is that right lol |
| ALLEN | no, you must be using an email that doesn't work.  try gmail or yahoo or something |
| Victim 5 | Okayyy |
| Victim 5 | I signed on and it goes to photobucket. Any email user can get on. I went to albums and typed in my name and it says no album in that name |
| Victim 5 | Can you tell me how it's spelled exactky |
| ALLEN | photobucket? it took me to tinypic, photobucket came up when I logged in wrong |
| Victim 5 | Omg. Lol can you take a pic of it and sent it to Me ?! Lol |
| ALLEN | when I get to a comp I will, I used rr to log in |
| Victim 5 | Please . Thank you ! |
| Victim 5 | I have tried everything!!! I can't find it. Was it emailed out to ppl? |

27.  Victim 5 further stated that after attempting to log into the website, she received text messages from an unknown individual using telephone number 818-306-4422.  The text message instructed Victim 5 that she had to create a Skype

account and video chat with the individual.   Victim 5 stated
that she refused to engage in a Skype account.   Following this,
Victim 5 reported that she received numerous messages on Twitter
on  August  6,  August  7,  and  August  15  from  the  user
@Twittadm1266,  claiming  her  account  will  be  closed  and
authorities  notified  if  she  did  not  comply  with  the  text
messages.   The  Twitter  messages  Victim  5  received  from
@Twitteradm1266 are included below:

| | |
|---|---|
| 8/6/12 23:08 | You were sent a text about issues with your account, handle the matter immediately or the matter will become more serious. |
| 8/6/12 23:11 | You were sent a text message with full details |
| 8/7/12 00:49 | Since you have refused to handle the matter, the account will be closed and the matter will be turned over to authorities. |
| 8/15/12 02:33 | You have been warned enough times about your account and you refuse to handle the matter, the account will be suspended. |
| 8/15/12 02:34 | Again authorities will be notified |

28.   Victim 5 further reported that on August 15, 2012, she
received multiple text messages from an unknown individual using
telephone number 323-680-4906.   In the text messages, the
individual threatened Victim 5 that he was going to start
sending nude pictures of her like he promised.   A copy of the
text messages received by Victim 5 are included below:

| | |
|---|---|
| 323-680-4906 | Only the beginning, I told you that eventually I would ruin you. |
| 323-680-4906 | Sending pics from Facebook now |
| Victim 5 | Leave me alone and get off my twitter |

22

| | |
|---|---|
| 323-680-4906 | Not on your Twitter retard but I am sending your pics like I promised. |
| Victim 5 | I would know if I sent out pictures it's my account, cut the shit |
| 323-680-4906 | So stupid, yet you manage to get dumber... let me send to everyone in your roadrunner contacts now. |
| Victim 5 | You're in my email account? |
| Victim 5 | Since I'm so dumb what does that mean |
| 323-680-4906 | Not really, you honestly have not the slightest clue who you fucked with obviously. |
| Victim 5 | Either tell me who this is or leave me alone I'm not playin games |
| 323-680-4906 | You're such a tough fuck... once your nudes are all over then what will you be "playin" |
| Victim 5 | You make no sense |
| 323-680-4906 | I make plenty of sense and you seem to like sending pictures to whoever [] is... time to give you what you deserve. |
| Victim 5 | Whatever I did can't be that bad |
| 323-680-4906 | Nah it's actually very good |
| Victim 5 | How do you know [] and what does this have to do with me |
| 323-680-4906 | I don't know [], I can see that you've sent whoever he is a lot of shit. |
| Victim 5 | Well why do YOU wanna ruin ME ? |
| 323-680-4906 | Because you're a bitch and you deserve it |
| Victim 5 | Are you doing this for [] or because I did something to you |
| 323-680-4906 | Are you retarded? When you had the chance to discuss it... you thought it was a joke. |
| Victim 5 | Ok but how do you know me or that I'm a bitch |
| 323-680-4906 | When you had your chance to discuss it, you decided to be a bitch... you want everyone to see you nude then fine. |
| Victim 5 | How do you know me |
| 323-680-4906 | You just don't get it obviously, and you said you don't care what I send so stop asking questions. |
| Victim 5 | Ok |
| 323-680-4906 | Glad we agree, when I take over all of your accounts and send, remember it was deserved. |
| 323-680-4906 | Changing your password doesn't mean shit |
| Victim 5 | K cool |

Following these text messages, Victim 5 could no longer login to her Twitter and RoadRunner accounts, as the passwords had been changed.   Victim 5 reported that she was worried that the

individual had access to her financial information contained in her e-mail address.

29.  On August 24, 2012, SA Patel received the return of an administrative subpoena issued for Victim 5's AOL e-mail account, which shows logins from the IP address 98.224.210.253 on August 6, 2012 and August 15, 2012.

30.  On August 21, 2012, SA Patel received the return of an administrative subpoena issued for the telephone number 323-680-4906, which indicates that the number is a Pinger number registered on May 2, 2012 and last used on August 20, 2012 from IP address 98.224.210.253, and associated with email address dforter1@gmail.com.

31.  On August 27, 2012, SA Patel received the return of an administrative subpoena issued for Victim 5's Twitter account, which shows the account was updated on August 15, 2012 and the only IP to access the account on that date was 98.224.210.253. In addition, the subpoena return shows logins to the account on August 7, 2012, August 15, 2012, August 16, 2012, August 17,

2012, August 18, 2012, and August 19, 2012 were from IP address 98.224.210.253.

32.   On August 1, 2012, SA Patel met with a 16-year-old female residing in Kenmore, NY (hereinafter "Victim 6").   During the interview, Victim 6 stated that in late June of 2012, she received a message on Facebook from Victim 1's Facebook account (believed to have been under the control of ALLEN at the time), stating there were nude pictures of Victim 6 online.   Victim 6 also reported that she received text messages from an 818 area code stating something to the effect of "time to embarrass you." The individual told Victim 6 that if she did not video Skype with him and take her clothes off, he was going to distribute the naked pictures.   Victim 6 did video Skype with the individual on Skype, but she could not recall the individual's username, but recalled that his display name was blank.   Victim 6 also reported receiving multiple text messages from an unknown individual using telephone number 321-282-3802 threatening to post nude pictures.   Victim 6 stated that she was so upset over this incident, that she put a belt around her neck.   Victim 6's mother was able to intervene before any injury to Victim 6 and called the Kenmore Police Department on June 24, 2012.

25

33.  On August 3, 2012, SA Patel met with a 17-year-old female residing in Kenmore, NY (hereinafter "Victim 7").  During the interview, Victim 7 stated in June of 2012, she received multiple text messages from an unknown individual using telephone numbers 818-672-5582 and 321-282-3802.  Victim 7 reported that she received text messages from this individual every night for a couple of weeks.  In the text messages, the individual told Victim 7 that he was a hacker and that if she did not Skype with him there would be consequences.  Victim 7 did engage in a Skype chat with the individual, during which the individual told Victim 7 to lift up her shirt or he would do the same thing to her friends.  Victim 7 showed the individual her breasts while video chatting on Skype. The individual instructed Victim 7 to put her hand on her breasts, to expose her genitalia, and to masturbate during the video chat.  Victim 7 stated that the individual threatened to send pictures of her to everyone within a mile of her if she did not do as he asked. Shortly after this, Victim 7 reported that her Yahoo e-mail account and her Facebook account had been hacked, and that she could no longer access them.  Ultimately, Victim 7 made a walk-in report to the Kenmore Police Department on June 26, 2012, and

26

was visibly shaken and crying at the time, and told the officer she was in fear for her safety.

34. On August 30, 2012, SA Patel received the return of an administrative subpoena issued to Yahoo for Victim 7's Yahoo account, which indicates a login on June 11, 2012 from the IP address 68.62.36.243.

35. On June 26, 2012, SA Patel met with a 16-year-old female residing in Kenmore, NY (hereinafter "Victim 8"). During the interview, Victim 8 stated that on June 25, 2012, she received a message on Facebook from Victim 1's Facebook account (believed to have been under the control of ALLEN at the time), stating that someone had posted nude pictures of Victim 8 online. The individual asked for Victim 8's cell phone number so that he could send her a link to the pictures. Victim 8 later received text messages from an unknown individual using telephone number 321-282-3802, stating that if Victim 8 did not Skype with the individual whose username was "shhh.shhh", the individual would send nude pictures of Victim 8 to all of her friends. Victim 8 reported that she was scared the individual had revealing pictures of her, so she engaged in a brief Skype

27

chat with him.  A copy of the text messages received by Victim 8

on June 25, 2012 are included below:

| | |
|---|---|
| 321-282-3802 | Who doesn't matter [Victim 8] but what I have to send does |
| 321-282-3802 | Is it funny? You do realize that your comp and phone store everything you do right... even what you think is deleted. I will embarrass you. |
| [Victim 8] | How would you get my phone? |
| 321-282-3802 | Watch and learn, how about I send to everyone within 200 miles of you |
| [Victim 8] | Why would you do that? Do u even know me? |
| [Victim 8] | I don't have a Skype.. I only have oovoo. |
| 321-282-3802 | Message me on Skype |
| 321-282-3802 | You can get it quick |
| 321-282-3802 | Sending from facebook |
| [Victim 8] | Sending what from fb? But I have a Skype now |
| 321-282-3802 | Add shhh.shhh |
| [Victim 8] | Its not working |
| [Victim 8] | Ok I found you |
| 321-282-3802 | It does work |
| 321-282-3802 | The links are loading to send |
| 321-282-3802 | So I'm your status now? You just fucked with the wrong person... enjoy being ruined |
| 321-282-3802 | Ask [Victim 7] what happened with her pics... it's funny now but it won't be |
| 321-282-3802 | Did you ask, I'm sure you did... tell her that her video is going up also, now back to you |
| 321-282-3802 | Still want to keep playing... [Victim 8]? |
| 321-282-3802 | Did you like that? |
| 321-282-3802 | You're not such a badass now, what happened? |

36.  At the same time Victim 8 received the text messages

referenced above, Victim 8 also received the following text

message from the phone numbers 1410000001 and 1410000003:

| | |
|---|---|
| 1410000001 | FRM:The Facebook Team MSG:Your Facebook account will be suspended due sending inappropriate images. If you feel this is in error, you may dispute by replying directly to **edcavadmin@facebook.com** The Facebook Team(End) |
| 1410000003 | FRM:The Facebook Team MSG:We have warned you about your account, authorities will be notified if the matter is not handled immediately.  Contact |

administration at edcavadmin@facebook.com for further
details. The Facebook Team(End)

37. On August 25, 2012, SA Patel received the return of an
administrative subpoena issued for the Facebook account
edcavadmin@facebook.com, which indicated only two recent logins,
on June 4, 2012 and June 20, 2012, both from the IP address
68.62.36.243.

38. On August 10, 2012, SA Patel met with an 18-year-old
female residing in Kenmore, NY (hereinafter "Victim 9") During
the interview, Victim 9 stated that on August 7, 2012, she began
receiving text messages from an unknown individual using
telephone number 818-306-4422, in which the individual stated
that he would embarrass Victim 9 and would distribute nude
pictures of her.  The individual told Victim 9 to Skype chat
with "shhh.shhh" when she got home.  A copy of the text messages
received by Victim 8 on August 7, 2012 are included below:

| | |
|---|---|
| 818-306-4422 | It's about to go down [Victim 9] |
| [Victim 9] | Who is this? |
| 818-306-4422 | Who doesn't matter, what I have to send does. |
| [Victim 9] | Huh? I'm confused. What are we talking about |
| 818-306-4422 | You do realize that your comp and phone store everything you do right... even what you think is deleted. I will embarrass you. |
| [Victim 9] | Who is this? |
| 818-306-4422 | What did I just say? Shall I start sending? |
| [Victim 9] | Have I done something to you? |
| [Victim 9] | What have I done to you that is so bad? |
| 818-306-4422 | Who said you did anything? |

| | |
|---|---|
| [Victim 9] | Why would you want to embarrass me if I didn't do something to you. There would have to be a reason. |
| 818-306-4422 | Great tits, I may as well show them to everyone |
| [Victim 9] | What have I done that was so wrong? Please explain. There's nothing I could have ever done to whoever you are that would cause someone to do this |
| 818-306-4422 | Question of the day is do I send your nudes or not |
| [Victim 9] | Can u stop please |
| 818-306-4422 | We will discuss it when you are alone or not at all. |
| 818-306-4422 | Nothing to say? Okay |
| [Victim 9] | I was driving please stop |
| 818-306-4422 | Message me on Skype when you get home |
| [Victim 9] | Who are you |
| 818-306-4422 | What did I just say? |
| [Victim 9] | How can I message u on Skype? |
| 818-306-4422 | When you get home you can |
| [Victim 9] | I am home |
| 818-306-4422 | Add shhh.shhh to Skype but I said it would be discussed when you are alone. |
| [Victim 9] | I am alone |
| [Victim 9] | There's 200 people with the same thing. Can u please just tell me why u are doing this |
| 818-306-4422 | Not typed exactly like that |
| [Victim 9] | That's what I typed |
| 818-306-4422 | Then it should be the very first one to add |
| [Victim 9] | It's not. Can we please just talk about it on here |
| 818-306-4422 | It is, maybe if I start sending from your Facebook, that'll give you some incentive. |
| [Victim 9] | Please stop. What do u want from me?? |
| 818-306-4422 | I told you what to do |
| [Victim 9] | And what is that |
| 818-306-4422 | You should have gotten on Skype, loading and sending now |
| [Victim 9] | I am on Skype!! Please stop!! |
| 818-306-4422 | You haven't added me |
| [Victim 9] | Why do u wanna hurt me like this?? |
| [Victim 9] | I can't find u! The first one that shows up is a line like this _____ |
| 818-306-4422 | Yes |
| [Victim 9] | Ok I added you |
| 818-306-4422 | Don't know why you're calling me, you wanted to do it your way so we will. |

39.  Following these text messages, Victim 9 did engage in a Skype chat with "shhh.shhh" from 1:05 a.m. to 2:01 a.m. on August 7. 2012.  Victim 9 reported that during the Skype chat she became scared, and the next morning told her sister and

30

mother about the incident.   Victim 9's mother then reported the
incident to the Kenmore Police Department on August 7, 2012.   A
portion of the Skype chat is reproduced below:

| | |
|---|---|
| shhh.shhh | Now when you show me you are alone, then we will discuss it |
| [Victim 9] | i cant call you cuz youre offline im sitting in my room by myself. |
| shhh.shhh | You can call, call first then start video |
| [Victim 9] | it only says call phone not video |
| [Victim 9] | i have to call a number. you ahve to be online for me to start a video chat |
| shhh.shhh | |
| [Victim 9] | what did i do wrong? please explain |
| shhh.shhh | Did I say you did anything wrong? |
| [Victim 9] | why are u trying to embarrass me? |
| shhh.shhh | Great tits, why should I not share? |
| [Victim 9] | cuz thats no of your business. |
| [Victim 9] | none* |
| shhh.shhh | Did you just try to be a bitch? |
| shhh.shhh | Be right back |
| [Victim 9] | no im just saying its none of your business. stop it please. |
| shhh.shhh | I wonder what the family would think, let's see |
| [Victim 9] | please stop!! |
| shhh.shhh | Lose the attitude |
| shhh.shhh | You don't demand |
| shhh.shhh | I said relax |
| shhh.shhh | I have not sent yet |
| [Victim 9] | how can i stop this? |
| shhh.shhh | If you are so worried, why take them to begin with? |
| [Victim 9] | they were not ment for you to see them. they were ment for someone who at the time was my bf. i trusted him then, and i still trust him to this day. |
| shhh.shhh | Well the tits are great, now we decide if all of Western New York sees them or not. |
| [Victim 9] | why do u wanna hurt me? |
| shhh.shhh | I haven't |
| [Victim 9] | but ur planning on it. if you wanted to make me sad and cry then mission accoplished. if you wanted to make me feel like a worthless piece of shit, well you did that to. i hope you are happy |
| shhh.shhh | Not really |
| shhh.shhh | Here is the scenario |
| [Victim 9] | ok tell me |
| shhh.shhh | You can go tell your fam and the police and admit to the pictures... I still send and you still lose by being doubly embarrassed |
| shhh.shhh | Or |
| shhh.shhh | We can come to a conclusion where it remains private. |

| | |
|---|---|
| [Victim 9] | second one please |
| shhh.shhh | I figured you wanted to tell so it was option one |
| [Victim 9] | can we just come to a conclusion. please |
| shhh.shhh | Relax |
| shhh.shhh | Crying makes it worse |
| shhh.shhh | Trust me |
| [Victim 9] | how does it make it worse? |
| shhh.shhh | Because I just leave and send then |
| shhh.shhh | Say that again? |
| [Victim 9] | ok can we come to a conclusion where they stay private? |
| shhh.shhh | Great tits though, even if I don't... someone else can get in if I don't block your ports. |
| shhh.shhh | That is work on my end |
| [Victim 9] | can i just ask how you found me and why you are doing this. |
| shhh.shhh | I hack, I find lots of things |
| shhh.shhh | anyway |
| [Victim 9] | ok. well im sorry that i did it. is that what you want an apology? |
| shhh.shhh | I can stop anyone else from getting in but that usually is roughly 10000 for the work |
| shhh.shhh | Don't be sorry |
| shhh.shhh | Great body |
| [Victim 9] | i dont have that kind of money |
| shhh.shhh | You do what I say and nothing gets sent and I will keep everyone else out. |
| [Victim 9] | ok. |
| shhh.shhh | No crying |
| [Victim 9] | i wont |
| shhh.shhh | No bitching |
| [Victim 9] | ok |
| shhh.shhh | No moaning |
| [Victim 9] | ok |
| shhh.shhh | What I say |
| [Victim 9] | ok |
| shhh.shhh | You don't have much to give so take it or leave it |
| [Victim 9] | ok i will do what you say |
| shhh.shhh | What you do for me will remain private |
| shhh.shhh | If not, I send and invite others to do the same |
| [Victim 9] | what am i doing exactly |
| shhh.shhh | Whatever I say but I guess you are already protesting |
| shhh.shhh | Okay |
| [Victim 9] | i was just asking a question |
| shhh.shhh | What do you think you are doing, seems you would rather I send and let others in |
| shhh.shhh | Not a big deal. |
| [Victim 9] | if i do what you asy everything is rpivate? |
| shhh.shhh | Yes it is |
| [Victim 9] | ok |
| shhh.shhh | Your first task is keeping my attention right now |
| [Victim 9] | ok how should i do that |

| | |
|---|---|
| shhh.shhh | That is the point, you figure out how to keep my attention... part of the game so to speak. |
| [Victim 9] | please i cant think strait right now just tell me what u want me to do. |
| shhh.shhh | You can think straight, I want to see how serious you are about it staying private. |
| [Victim 9] | please you are seriously messing with my mind right now. i am not giving you attitude all i want to know is why you are doing this? |
| shhh.shhh | My attention is being lost quick. |
| [Victim 9] | please. just tell me. i dont know why you are doing this to me. i dont know why you would want to ruin my life like this. |
| [Victim 9] | do you want me to show you my boobs? you already know what they look like |
| shhh.shhh | I know this, you might want to figure something out because in two minutes if my attention is gone then no deal. |
| [Victim 9] | what am i supposed to do? do you want me to tell my parents and tell the cops is that what you want? you want to see me in jail and my whole entire life ruined? |
| shhh.shhh | I said action, you are doing too much typing and asking |
| shhh.shhh | Time is running thin, attention is definitely lost. |
| shhh.shhh | Crying is worse |
| shhh.shhh | Fuck it |
| [Victim 9] | please. i dont even know who you are. i dont know why you would ever want to hurt someone like this. |
| shhh.shhh | Instead of figuring it out |
| shhh.shhh | You want the answer |
| [Victim 9] | yes |
| shhh.shhh | Fuck it |
| shhh.shhh | I am done with it, you didn't try |
| [Victim 9] | i am trying. please. i promise if you stop all of this noone will no that any of this happened. |
| shhh.shhh | I don't give a shit if they know |
| shhh.shhh | Do you think I am worried |
| shhh.shhh | Now you really lost me |
| [Victim 9] | please please please. u are ruining my life. |
| shhh.shhh | Game over, you should have tried instead of trying to take the easy way out |
| shhh.shhh | I said keep my attention, how the fuck is typing and asking me shit keeping my attention |
| [Victim 9] | i dont know what you want me to do |
| shhh.shhh | And crying |
| [Victim 9] | i cry when im upset which is what you are making me so sorry for that |
| shhh.shhh | It is for you to do and see if it works, not fucking keep asking. |
| shhh.shhh | Last chance |
| [Victim 9] | what do i have to do |
| shhh.shhh | You just don't get it |

| [Victim 9] | then explain it to me please |
| shhh.shhh | I said do, not ask... if it works you will know but right now you are losing. |
| [Victim 9] | u wanna see my boobs? her |
| [Victim 9] | here |
| [Victim 9] | there |
| shhh.shhh | So you think you have my attention? |
| shhh.shhh | After that? |
| shhh.shhh | You might want to do better |
| [Victim 9] | i dont know what you want to see you claim that u already have it. |
| shhh.shhh | I do but entertain me |
| shhh.shhh | Keep my attention |
| [Victim 9] | how? i dont do these sort of things. i dont know what to do. im not a slut. |
| shhh.shhh | You are doing fine, keep my attention |
| shhh.shhh | Relax |
| [Victim 9] | i cant relax |
| shhh.shhh | This stays between us |
| shhh.shhh | Now entertain me |
| [Victim 9] | this stays between us or everythings tays between us |
| shhh.shhh | everything if you are good |
| [Victim 9] | good at what? |
| [Victim 9] | im a virgin i dont know what to do. |
| shhh.shhh | Less typing, more action saves you |
| shhh.shhh | pull one side down |
| shhh.shhh | relax, do what I say and nothing will get out |
| shhh.shhh | Got it |
| [Victim 9] | ok |
| shhh.shhh | take one all the way out |
| shhh.shhh | take the strap down |
| shhh.shhh | bring it closer |
| shhh.shhh | be good |
| shhh.shhh | got it |
| [Victim 9] | ok |
| shhh.shhh | squeeze it for me |
| shhh.shhh | make it feel good to you |
| [Victim 9] | ok |
| shhh.shhh | keep going |
| shhh.shhh | take the top off |
| shhh.shhh | give me more light |
| [Victim 9] | i dont have any more my lamp is broken |
| shhh.shhh | there has to be some |
| [Victim 9] | i swear thaters not |
| shhh.shhh | anyway that body is mine and will remain private, keep doing what I say |
| shhh.shhh | massage them |
| shhh.shhh | slow |
| shhh.shhh | lick that nipple right in the cam for me |
| [Victim 9] | question and im not trying to scam out on you but can i go to the bathroom really quick. i have to pee. |
| shhh.shhh | after you lick some |
| [Victim 9] | i cant really reach |

34

```
shhh.shhh        push up from the bottom
[Victim 9]       there i did it
shhh.shhh        go pee quick, when you get back you finish for me for
                 now then we'll talk later.
[Victim 9]       ok
shhh.shhh        Hmmmm I really hate liars but okay.
[Victim 9]       im back sorry
shhh.shhh        I can hear
[Victim 9]       what
shhh.shhh        I am not dumb
[Victim 9]       what
shhh.shhh        Whoever you are talking to, anyway see ya.
```

40.   On August 15, 2012, the Kenmore Police Department took
a report from a 19-year-old female residing in Kenmore, NY
(hereinafter "Victim 10").   At that time, Victim 10 reported
that in late July of 2012, she received a message on Facebook
from Victim 1's Facebook account (believed to have been under
the control of ALLEN at the time), stating that she had seen
naked pictures of Victim 10 online.   Victim 10 provided the
individual with her cell phone number so that the individual
could send Victim 10 a copy of the pictures that were online.
Later that evening, Victim 10 reported that she received text
messages from an unknown individual using a "321" area code
telephone number, that demanded that she Skype with the
individual.   Victim 10 did engage in a Skype chat, during which
the individual demanded that Victim 10 take off her clothes or
else he was going to release the picutres he had.   The
individual also told Victim 10 that he knew she went to Fredonia

State College, that he had access to her financial aid accounts,
and that she needed to follow his instructions or else he would
direct Victim 10's financial aid to one of his accounts.   After
the Skype chat, Victim 10 did not hear from the individual again
until the evening of August 14, 2012, when she received numerous
text messages stating "YOUR FUCKED."

41.   On August 27, 2012, SA Patel received a report
prepared by Facebook security, which concluded that ALLEN
created several fake Facebook profiles, hid his identity using
those fake profiles, and committed "sextortion" by obtaining
nude pictures or videos of his victims and then threatening to
release them to their families and friends.   The report further
noted that ALLEN escalated his behavior to the point of hacking
into his victims' Facebook accounts, then posing as a Facebook
"admin" and asking teenage girls to contact him via webcam to
regain control over their profiles.   The Facebook report
documented ALLEN's use of a fictitious Facebook account in the
name of "Edward Cavanaugh," and ALLEN's use of that fictitious
account to contact 11 girls in an effort to have the girls
contact him on Skype.   The Facebook report details the
communications that ALLEN had with one girl on July 5, 2012, and

notes that access to the fake Facebook admin account was made
through IP address 68.62.36.243.   Evidence of hacking by ALLEN
into the Facebook accounts of other users, including Victim 1 on
June 28, 2012, is documented in the Facebook report, along with
ALLEN's use of Victim 1's account to send communications to
other Facebook users stating that naked pictures of those users
could be found online.   Finally, the Facebook report noted the
presence of a single real profile in the name of ALLEN, which
had consistent forensic links to the fake and hacked accounts.
As an example, the Facebook report noted that on July 28, 2012,
ALLEN logged onto his real Facebook account using IP address
98.224.210.253, and on the same day, the same IP address was
used to log into one of the hacked user accounts.   Facebook
noted that both logins on this day were made through the
Facebook mobile application for the Android Operating System,
suggesting that a single Android mobile device was used for the
logins.

        42.   On September 12, 2012, a federally authorized search
warrant   was   executed   at   ALLEN's   residence   located   in   New
Baltimore, MI by the Macomb Resident Agency of the Detroit
Division of the FBI.   During the search, ALLEN was present in

                                      37

the residence and agreed to be interviewed by SA Ankit Patel and Task Force Officer Michael Hockwater with the Buffalo Division of the FBI.  During the interview, ALLEN admitted that he would send an e-mail or a Facebook message to random individuals over the internet, and he would direct them to click on a link.  Once the individual clicked on the link and entered their e-mail address and password, ALLEN would get an e-mail containing the individual's e-mail address and password.  At that point, ALLEN stated that he would log into the individual's account and change their passwords.  ALLEN acknowledged that he would then engage the individual in electronic communication and text messages using textPlus in an attempt to have the individual go on Skype and video chat with him.  ALLEN stated that of the individuals he claims to have communicated with, only five to eight individuals, ranging in age from 16- to 30-years-old were naked during the Skype chats.  ALLEN claimed that this was simply a game, but acknowledged that it was wrong.  ALLEN also admitted that he was the only person that could access his computer and e-mail accounts.

43.  Based on the foregoing, there is probable cause to believe that from at least June 24, 2012 to August 14, 2012,

38

ALLEN utilized the internet and text messages to make communication with at least 10 female victims in an effort to engage in sextortion. ALLEN used a similar process in contacting and threatening the victims, and in fact, some of the communications to the victims used language almost identical to the language ALLEN used to threaten the female in the Michigan State University case for which he was convicted of Stalking. Forensic evidence from the victims' accounts, particularly the IP addresses used to log into the accounts, indicate that ALLEN hacked into these accounts and used his control of these accounts in an effort to further extort the victims for sexual purposes. There is also probable cause to believe that ALLEN maintained a phishing website, which was used to lure his victims in and obtain their e-mail addresses and passwords so that he could hack into their accounts. Finally, based on ALLEN's repeated and sustained harassment of the victims, many of them suffered substantial emotional distress when they were told that naked pictures of them would be sent out to all of Western New York.

44. Based upon the foregoing, I respectfully submit that there is probable cause to believe that JAMES S. ALLEN has

violated Title 18, United States Code, Sections 2261A(2)(A) [cyberstalking] and 1030(a)(6) [trafficking in computer passwords], and Title 47, United States Code, Section 223(a)(1)(C) [harassing telephone calls].

Brian Seymour, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me
this 12th day of September 2012.

HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

40